Robert B. Ryder (SBN 106257)
rbryder@wolfewyman.com
Andrew J. Ulwelling (SBN 272400)
ajulwelling@wolfewyman.com
**WOLFE & WYMAN LLP**
2301 Dupont Drive, Suite 300
Irvine, California 92612-7531
Telephone: (949) 475-9200
Facsimile: (949) 475-9203

Attorneys for Defendant
SWIFT TRANSPORTATION CO. OF ARIZONA, LLC

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN WILSON and BRIAN LANGLEY,<br><br>      Plaintiffs,<br><br>   v.<br><br>RONNIE CHARLES MCLINLEY; SWIFT TRANSPORTATION CO. OF ARIZONA, LLC; SWIFT TRANSPORTATION SERVICES, LLC; and DOES 1 to 25, Inclusive,<br><br>      Defendants. | Case No.: 2:19-cv-2405<br><br>**NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. § 1441**<br><br>**[DIVERSITY OF CITIZENSHIP]**<br><br>State Court Case No.: 19STCV06324<br><br>State Court Action Filed: February 25, 2019 |

**TO THE CLERK OF THE ABOVE-ENTITLED COURT:**

**PLEASE TAKE NOTICE** that, pursuant to 28 U.S.C. § 1441, served defendant SWIFT TRANSPORTATION CO. OF ARIZONA, LLC, a Delaware Limited Liability Company (hereinafter "Swift" or "Defendant") hereby removes to this Court the state court action described below.

1.   On February 25, 2019, an action was commenced in the Superior Court of the State of California, in and for the County of Los Angeles, entitled <u>Steven Wilson and Brian Langley v. Ronnie Charles McLinley; Swift Transportation Co. of Arizona, LLC, et al.</u>, Case No. 19STCV06324.  A true and correct copy of the filed

1
**NOTICE OF REMOVAL TO DISTRICT COURT**

Complaint by which this action was commenced ("Complaint") is attached hereto as **Exhibit 1**.

2. According to the file of the Los Angeles County Superior Court, Swift was served with the Complaint on March 1, 2019. A true and correct copy of the Proof of Service reflecting the date of service on that entity is attached hereto as **Exhibit 2**.

3. On March 28, 2019, Swift filed an Answer to Plaintiffs' Complaint in the Superior Court of the State of California, in and for the County of Los Angeles. A true and correct copy of the Answer is attached hereto as **Exhibit 3**.

4. Defendant Ronnie Charles McGinley (erroneously sued as "Ronnie Charles McLinley") has yet to receive or be served with either a Summons or a Complaint.

5. This action is a civil action of which this Court has original jurisdiction under 28 U.S.C. § 1332 and is one which may be removed to this Court by Swift, pursuant to the provisions of 28 U.S.C. § 1441(b) based upon the diversity of citizenship of the parties.

6. Pursuant to 28 U.S.C. § 1332, complete diversity of citizenship exists in that:

   a. Plaintiffs Steven Wilson and Brian Langley are individuals who are domiciled in California.

   b. Defendant Swift is a Limited Liability Company formed in the State of Delaware with its principal place of business in Phoenix, Arizona. Accordingly, Swift is a citizen of Delaware and/or Arizona for purposes of diversity jurisdiction.

   c. Unserved defendant McGinley (erroneously sued as "McLinley") is an individual who is domiciled in the State of Arizona. Accordingly, McGinley is a citizen of Arizona for the purposes of diversity jurisdiction.

7. This Notice of Removal is timely under 28 U.S.C. § 1446(b) because it was filed by March 31, 2019, the thirtieth day after which Swift was served with the Complaint.

8. Pursuant to 28 U.S.C. § 1332(a), there is a sufficient amount in controversy because Plaintiffs' Complaint claims they were involved in a vehicle versus pedestrian collision with McGinley (erroneously sued as "McLinley"), who was operating Swift's truck, which is alleged to have caused hospital and medical expenses, emotional distress, and general damages to the two plaintiffs. While Plaintiffs have not indicated an amount being claimed, the severe nature of Plaintiffs' claimed injuries that are alleged to be related to this incident establish the amount in controversy exceeds $75,000.00.

9. Supplemental jurisdiction of any state law claim is proper under 28 U.S.C. § 1367(a).

10. Based on the above-referenced allegations, pursuant to 28 U.S.C. § 1441, *et seq.*, Defendant is entitled to remove this entire action from the Los Angeles County Superior Court to the United States District Court, Central District, Western Division, and Defendant wishes to exercise that right.

11. Pursuant to 28 U.S.C. § 1446(d), counsel for Defendant will promptly give written notice of the removal to all adverse parties and will file a copy of this notice with the Clerk of the Los Angeles County Superior Court.

12. Defendant reserves the right to supplement this Notice of Removal when additional information becomes available. Defendant further reserves all rights, including, but not limited to, defenses and objections as to venue, personal jurisdiction, and service.

///
///
///
///

The filing of this Notice of Removal is subject to, and without waiver of, any such defense or objection.

DATED:  March 29, 2019          WOLFE & WYMAN LLP


By: */s/ Andrew J. Ulwelling*
   ROBERT B. RYDER
   ANDREW J. ULWELLING
Attorneys for Defendant
**SWIFT TRANSPORTATION CO. OF ARIZONA, LLC**